THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LEVON KIRKLAND, a/k/a VERNON McKINNEY, Defendant-Appellant.

(No. 73-406;

Fifth District—May 27, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, of the Office of the State Appellate Defender, of Mt. Vernon, for appellant.

Herbert J. Lantz, State's Attorney, of Chester, for the People.